[No. 67714-4-I.   Division One.   March 4, 2013.]

BUCK MOUNTAIN OWNERS' ASSOCIATION ET AL., *Respondents*, v.
GLENN PRESTWICH ET AL., *Appellants*, J. MICHAEL STARR
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 06-2-05182-4, Vickie I. Churchill, J.,
entered August 18, 2011. *Affirmed in part, reversed in part*,
and *remanded with instructions* by unpublished opinion per
Lau, J., concurred in by Spearman, A.C.J., and Verellen, J.
Now published at 174 Wn. App. 702.

[No. 67726-8-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. E.J.J., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-8-00459-9, Bruce E. Heller, J., entered Au-
gust 25, 2011. *Affirmed* by unpublished opinion per Dwyer,
J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 67793-4-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DENSMORE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-1-04053-2, Douglass A. North, J., entered
August 4, 2011. *Affirmed* by unpublished opinion per Spear-
man, A.C.J., concurred in by Cox and Schindler, JJ.

[No. 67829-9-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC S. FREEMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 11-1-00465-4, Ira Uhrig, J., entered Octo-
ber 3, 2011. *Reversed* by unpublished opinion per Becker, J.,
concurred in by Leach, C.J., and Grosse, J.